IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

ANTHONY REEVES,
ADC #111447                                                                            PLAINTIFF

v.                                    2:08CV00008 WRW/HDY

LARRY NORRIS, et al.                                                            DEFENDANTS

## ORDER

      The Court has received  proposed findings and recommendations from United States Magistrate Judge H. David Young..  There have been no objections.  After a review of those proposed findings and recommendations, the Court adopts them in their entirety.  Accordingly,

      IT IS, THEREFORE, ORDERED that defendants Hill, Green, and Kelley are hereby DISMISSED from plaintiff's complaint.

      IT IS SO ORDERED this 14th day of April, 2008.


       /s/ Wm. R. Wilson, Jr._____
       UNITED STATES DISTRICT JUDGE