# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

**ANTHONY REEVES**
**ADC #111447**                                                                        **PLAINTIFF**

**v.**                            **2:08-CV-00008-WRW/HLJ**

**LARRY NORRIS,** *et al.*                                                              **DEFENDANTS**

## ORDER

Plaintiff's Motion for Voluntary Dismissal as to the Arkansas Department of Correction Defendants is GRANTED. Plaintiff's remaining claims are against only Defendants Stormi Sherman, Lonetta Howard, and Carol Franklin.

IT IS SO ORDERED this 23rd day of September, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE