IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

ANTHONY REEVES,
ADC #111447                                                                                          PLAINTIFF

v.                                        2:08CV00008HLJ

LARRY NORRIS, et al.                                                                          DEFENDANTS

ORDER

This matter is before the Court on the defendants' motion for summary judgment (DE #60). As of this date, plaintiff has not filed a response to the motion. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff shall file a response to defendants' motion for summary judgment within ten (10) days of the date of this Order.

IT IS SO ORDERED this 8th day of July, 2009.

_____
United States Magistrate Judge